| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Augusto Ferreras | Social Security number or ITIN: | xxx–xx–7046 |
| | First Name  Middle Name  Last Name | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: EIN: | _ _ _ _ _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: | 13    3/29/19 |
| Case number: | 19–16461–VFP | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Augusto Ferreras | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 159 East 30th Street, 1st Floor<br>Paterson, NJ 07514 | |
| 4. | **Debtor's attorney**<br>Name and address | Roger Chavez<br>744 Broad Street, Suite 1600<br>Newark, NJ 07102 | Contact phone (973)735–0530 |
| 5. | **Bankruptcy trustee**<br>Name and address | Marie–Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Contact phone 973–227–2840<br>www.magtrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>(800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 973–645–4764<br>Date: 3/30/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **April 23, 2019 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/24/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/7/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent to you separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 19-16461-VFP
Augusto Ferreras                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2            Date Rcvd: Apr 01, 2019
                              Form ID: 309I              Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2019.
db             +Augusto Ferreras,   159 East 30th Street, 1st Floor,   Paterson, NJ 07514-1415
518153482       Americollect, Inc.,   P.O. Box 1596,   Manitowoc, WI 54221-1596
518153483      +Braudilia Diaz,   530 River Street, 1st Floor,   Paterson, NJ 07524-1704
518153485      +Cabanillas & Associates, P.C.,   120 Bloomingdale Road, Suite 400,
                 White Plains, NY 10605-1542
518153484      +Cabanillas & Associates, P.C.,   4100 Kennedy Boulevard, Suite 102,   Union City, NJ 07087-2696
518153488      +Chase Auto Finance,   MAIL CODE LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
518153486       Chase Auto Finance,   P.O. Box 901003,   Fort Worth, TX 76101-2003
518153489      +Dora Harris,   159 East 30th Street, 2nd Floor,   Paterson, NJ 07514-1415
518153493       EOS CCA,   P.O. Box 329,   Norwell, MA 02061-0329
518153492      +EOS CCA,   Collection Company Of America,   700 Longwater Drive,   Norwell, MA 02061-1796
518153491       EOS CCA,   P.O. Box 981008,   Boston, MA 02298-1008
518153490      +Eckert, Seamans, Cherin & Mellott, LLC,   Two Liberty Place,   50 South 16th Street, 22nd Floor,
                 Philadelphia, PA 19102-2523
518153494      +Isabel Deary,   159 East 30th Street, 3rd Floor,   Paterson, NJ 07514-1415
518153495      +KML Law Group, P.C.,   216 Haddon Avenue, Suite 406,   Westmont, NJ 08108-2812
518153496      +Laudosia Ferreras,   159 East 30th Street, 1st Floor,   Paterson, NJ 07514-1415
518153497       Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,   P.O. Box 24738,
                 West Palm Beach, FL 33416-4738
518153499       Ocwen Loan Servicing, LLC,   3451 Hammond Avenue,   Waterloo, IA 50702-5345
518153500      +Purita Diaz,   530 River Street, 2nd Floor,   Paterson, NJ 07524-1704
518153505      +U.S. Bank National Association,   101 North Phillips Avenue,   Sioux Falls, SD 57104-6738
518153509      +Wayne Valley Imaging,   504 Valley Road,   Wayne, NJ 07470-3534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: rchavez01@aol.com Apr 02 2019 00:32:38      Roger Chavez,
                 744 Broad Street, Suite 1600,   Newark, NJ 07102
tr             +E-mail/Text: BNC@magtrustee.com Apr 02 2019 00:34:41      Marie-Ann Greenberg,
                 Chapter 13 Standing Trustee,   30 Two Bridges Rd,   Suite 330,   Fairfield, NJ 07004-1550
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 02 2019 00:33:54      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 02 2019 00:33:51      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518153480       E-mail/Text: ebn@americollect.com Apr 02 2019 00:34:03      Americollect, Inc.,
                 1851 South Alverno Road,   Manitowoc, WI 54220
518153481       E-mail/Text: ebn@americollect.com Apr 02 2019 00:34:03      Americollect, Inc.,   P.O. Box 1566,
                 Manitowoc, WI 54221
518153487      +EDI: CAUT.COM Apr 02 2019 04:03:00      Chase Auto Finance,   14800 Frye Road,
                 Fort Worth, TX 76155-2732
518153498      +Fax: 407-737-5634 Apr 02 2019 01:18:26      Ocwen Loan Servicing, LLC,
                 1661 Worthington Road, Suite 100,   West Palm Beach, FL 33409-6493
518153501      +E-mail/Text: jennifer.chacon@spservicing.com Apr 02 2019 00:34:55
                 Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
518153502      +E-mail/Text: jennifer.chacon@spservicing.com Apr 02 2019 00:34:55
                 Select Portfolio Servicing, Inc.,   3217 South Decker Lake Drive,
                 Salt Lake City, UT 84119-3284
518153503       EDI: USBANKARS.COM Apr 02 2019 04:03:00      U.S. Bank National Association,   425 Walnut Street,
                 Cincinnati, OH 45202
518153504       EDI: USBANKARS.COM Apr 02 2019 04:03:00      U.S. Bank National Association,   EP-MN-WS4L,
                 West Side Flats,   60 Livingston Avenue,   Saint Paul, MN 55107
518153508      +EDI: VERIZONCOMB.COM Apr 02 2019 04:03:00      Verizon,   P.O. Box 650584,
                 Dallas, TX 75265-0584
518153506      +EDI: VERIZONCOMB.COM Apr 02 2019 04:03:00      Verizon,   Attn: Billing Office,
                 236 E. Town Street #170,   Columbus, OH 43215-4631
518153507      +EDI: VERIZONCOMB.COM Apr 02 2019 04:03:00      Verizon,   500 Technology Drive, Suite 550,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Apr 01, 2019
                              Form ID: 309I              Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2019 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```