Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.: 19−16461−VFP
                                    Chapter: 13
                                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Augusto Ferreras
   159 East 30th Street, 1st Floor
   Paterson, NJ 07514

Social Security No.:
   xxx−xx−7046

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               5/16/19
Time:              08:30 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 23, 2019
JAN: smz

                                                          Jeanne Naughton
                                                          Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                      Case No. 19-16461-VFP
Augusto Ferreras                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Apr 23, 2019
                              Form ID: 132             Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2019.
```
db             +Augusto Ferreras,    159 East 30th Street, 1st Floor,    Paterson, NJ 07514-1415
518153482       Americollect, Inc.,    P.O. Box 1596,    Manitowoc, WI 54221-1596
518153483      +Braudilia Diaz,    530 River Street, 1st Floor,    Paterson, NJ 07524-1704
518153484      +Cabanillas & Associates, P.C.,    4100 Kennedy Boulevard, Suite 102,    Union City, NJ 07087-2696
518153485      +Cabanillas & Associates, P.C.,    120 Bloomingdale Road, Suite 400,
                 White Plains, NY 10605-1542
518153488      +Chase Auto Finance,    MAIL CODE LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
518153486       Chase Auto Finance,    P.O. Box 901003,    Fort Worth, TX 76101-2003
518153489      +Dora Harris,    159 East 30th Street, 2nd Floor,    Paterson, NJ 07514-1415
518153493       EOS CCA,    P.O. Box 329,    Norwell, MA 02061-0329
518153492      +EOS CCA,    Collection Company Of America,    700 Longwater Drive,    Norwell, MA 02061-1796
518153491       EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
518153490      +Eckert, Seamans, Cherin & Mellott, LLC,    Two Liberty Place,    50 South 16th Street, 22nd Floor,
                 Philadelphia, PA 19102-2523
518153494      +Isabel Deary,    159 East 30th Street, 3rd Floor,    Paterson, NJ 07514-1415
518153495      +KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
518153496      +Laudosia Ferreras,    159 East 30th Street, 1st Floor,    Paterson, NJ 07514-1415
518153497       Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    P.O. Box 24738,
                 West Palm Beach, FL 33416-4738
518153499       Ocwen Loan Servicing, LLC,    3451 Hammond Avenue,    Waterloo, IA 50702-5345
518153500      +Purita Diaz,    530 River Street, 2nd Floor,    Paterson, NJ 07524-1704
518153505      +U.S. Bank National Association,    101 North Phillips Avenue,    Sioux Falls, SD 57104-6738
518153503     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:    U.S. Bank National Association,    425 Walnut Street,
                 Cincinnati, OH 45202)
518153509      +Wayne Valley Imaging,    504 Valley Road,    Wayne, NJ 07470-3534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 23 2019 23:46:11     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 23 2019 23:46:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518153480       E-mail/Text: ebn@americollect.com Apr 23 2019 23:46:18     Americollect, Inc.,
                 1851 South Alverno Road,    Manitowoc, WI 54220
518153481       E-mail/Text: ebn@americollect.com Apr 23 2019 23:46:18     Americollect, Inc.,    P.O. Box 1566,
                 Manitowoc, WI 54221
518153487      +E-mail/Text: bk.notifications@jpmchase.com Apr 23 2019 23:45:59      Chase Auto Finance,
                 14800 Frye Road,    Fort Worth, TX 76155-2732
518153498      +Fax: 407-737-5634 Apr 24 2019 00:27:23     Ocwen Loan Servicing, LLC,
                 1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
518153501      +E-mail/Text: jennifer.chacon@spservicing.com Apr 23 2019 23:46:58
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
518153502      +E-mail/Text: jennifer.chacon@spservicing.com Apr 23 2019 23:46:58
                 Select Portfolio Servicing, Inc.,    3217 South Decker Lake Drive,
                 Salt Lake City, UT 84119-3284
518153508      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 23 2019 23:45:03
                 Verizon,    P.O. Box 650584,    Dallas, TX 75265-0584
518153506      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 23 2019 23:45:02
                 Verizon,    Attn: Billing Office,    236 E. Town Street #170,    Columbus, OH 43215-4631
518153507      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 23 2019 23:45:02
                 Verizon,    500 Technology Drive, Suite 550,    Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518153504*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:    U.S. Bank National Association,    EP-MN-WS4L,    West Side Flats,
                 60 Livingston Avenue,    Saint Paul, MN 55107)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Apr 23, 2019
                                  Form ID: 132             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2019 at the address(es) listed below:
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
           of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates
           rsolarz@kmllawgroup.com
          Roger Chavez    on behalf of Debtor Augusto  Ferreras rchavez01@aol.com, rchavez@chavezlegal.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 4
```